DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

LUCAS SCOTT CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-28

—————————————————

January 10, 2024

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.